FILED
2015 Dec-02 PM 04:26
U.S. DISTRICT COURT
N.D. OF ALABAMA



# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **WILLIE ABNER, et al.,** | Case No.:  2:15-cv-02040-KOB |
| **Plaintiffs,** | |
| v. | This Document Relates to All Cases |
| **UNITED STATES PIPE & FOUNDRY CO., et al.,** | |
| **Defendants.** | |

## CONSOLIDATION ORDER

This matter is before the court on the parties' responses to the court's Order to Show Cause as to why the following thirteen cases should not be consolidated with each other, for discovery and pre-trial purposes:

    Abner, et al. v. Unites States Pipe & Foundry Co., et al., 2:15-cv-02040-SGC
    Anderson, et al. v. United States Pipe & Foundry Co., et al., 2:15-cv-02045-JEO
    Adams, et al. v. United States Pipe & Foundry Co., et al., 2:15-cv-02046-KOB
    Allen, et al. v. United States Pipe & Foundry Co., et al., 2:15-cv-02047-JHE
    Andrews, et al. v. United States Pipe & Foundry Co., et al., 2:15-cv-02048-SGC
    Arnold, et al. v. United States Pipe & Foundry Co., et al., 2:15-cv-02049-RDP
    Banks, et al. v. United States Pipe & Foundry Co., et al., 2:15-cv-02050-TMP
    Allen, et al. v. United States Pipe & Foundry Co., et al., 2:15-cv-02051-KOB
    Adams, et al. v. United States Pipe & Foundry Co., et al., 2:15-cv-02052-RDP
    Berry, et al. v. United States Pipe & Foundry Co., et al., 2:15-cv-02054-JHE
    Adley-White, et al. v. United States Pipe & Foundry Co., et al., 2:15-cv-2055-MHH
    Allen, et al. v. United States Pipe & Foundry Co., et al., 2:15-cv-02056-TMP
    Adamson, et al. v. United States Pipe & Foundry Co., et al., 2:15-cv-02057-RDP

Because the parties do not oppose consolidation and because the actions "involve a common question of law or fact," the court CONSOLIDATES the above-referenced cases, pursuant to Fed. R. Civ. P. 42, for discovery and pre-trial matters.

*Abner, et al. v. United States Pipe & Foundry Co.*, et al., 2:15-cv-02040-KOB will serve as the lead case. When a pleading is intended to be applicable to all actions, this intent shall be indicated by the words "This Document Relates to All Cases," as demonstrated by the caption of this Order. Such a pleading SHALL only be filed in the lead case. When a pleading is intended to apply only to a specific case, it SHALL be filed in *both* the specific case *and* in the lead case with the words "This Document Relates Only to Case [listing the individual case number]" in the caption.

The court will consider the Plaintiffs' pending motions to remand once the cases have been consolidated by the Clerk's Office.

DONE and ORDERED this 2nd day of December, 2015.

_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE