FILED
2019 Mar-25  PM 03:18
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **WILLIE ABNER, et al.,**   ) | |
| ) | |
| Plaintiffs,   ) | |
| ) | |
| v.   ) | Case No. 2:15-CV-2040-KOB |
| ) | |
| **UNITED STATES PIPE AND FOUNDRY**   ) | |
| **COMPANY, et al.,**   ) | This Document Relates to All Cases |
| ) | |
| Defendants.   ) | |

## FINAL ORDER OF DISMISSAL

Because no claims remain in this case after the court's approval of the *pro ami* settlement, the court DISMISSES this action WITH PREJUDICE. The court DIRECTS the Clerk of Court to close this case. The court retains jurisdiction for the limited purpose of enforcing the terms of the settlement agreement.

**DONE** and **ORDERED** this 25th day of March, 2019.

_____
**KARON OWEN BOWDRE**
CHIEF UNITED STATES DISTRICT JUDGE