# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| WILLIE ABNER, et al.,        ) | |
|                              ) | |
|     Plaintiffs,              ) | |
|                              ) | |
|     v.                       ) | Civil Action File No. 2:15-CV-2040-KOB |
|                              ) | |
| UNITED STATES PIPE AND       ) | |
| FOUNDRY COMPANY, LLC, and    ) | This Document Relates to 2:15-CV-02046-KOB |
| MUELLER WATER PRODUCTS, INC. ) | |
|                              ) | |
|     Defendants.              ) | |

## **PLAINTIFFS' MOTION TO SEAL**

Plaintiffs hereby request that this Court seal Document 186 filed today, November 4, 2019, by Andre Thomas in case number 2:15-CV-02046-KOB. This document contains sensitive medical and personal information of Mr. Thomas' that he appears to have inadvertently disclosed as well as settlement information that he previously agreed to keep confidential.

For the foregoing reasons, Plaintiffs respectfully request the Court to grant this Motion and immediately place Document 186 under seal.

Respectfully submitted this 4th day of November, 2019.

                        /s/ Jon C. Conlin
                        Jon C. Conlin (CON049)
                        R. Andrew Jones (JON185)
                        Mitchell Theodore (asb-6549-i00d)
                        Joel Caldwell (asb-4625-z36e)
                        ***Attorneys for Plaintiffs***

                        CORY WATSON, P.C.
                        2131 Magnolia Avenue, Suite 200
                        Birmingham, AL 35205
                        jconlin@corywatson.com
                        ajones@corywatson.com
                        mtheodore@corywatson.com
                        jcaldwell@corywatson.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| WILLIE ABNER, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action File No. 2:15-CV-2040- |
| ) | KOB |
| UNITED STATES PIPE AND ) | |
| FOUNDRY COMPANY, LLC, and ) | This Document Relates to 2:15-CV- |
| MUELLER WATER PRODUCTS, INC. ) | 02046-KOB |
| ) | |
| Defendants. ) | |

## **CERTIFICATE OF SERVICE**

This is to certify that I have served a copy of the foregoing on this the 4th day of November, 2019, by filing same with the Court's electronic filing system, which will send notice to all counsel of record.

                                                */s/ R. Andrew Jones*
                                                CORY WATSON, P.C.

| | |
|---|---|
| James C. Grant | Sharon D. Stuart |
| Douglas S. Arnold | Michael A. Vercher |
| Meaghan G. Boyd | CHRISTIAN & SMALL LLP |
| ALSTON & BIRD LLP | 505 North 20th Street, Suite 1800 |
| One Atlantic Center | Birmingham, AL 35203 |
| 1201 W. Peachtree Street | sdstuart@csattorneys.com |
| Atlanta, Georgia 30309-3424 | mavercher@csattorneys.com |
| jim.grant@alston.com | |
| doug.arnold@alston.com | |
| meaghan.boyd@alston.com | |

Elizabeth H. Huntley
LIGHTFOOT, FRANKLIN &
WHITE LLC
The Clark Building
400 20th Street North
Birmingham, AL 35203
205-581-0700
ehuntley@lightfootlaw.com